UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PATRICIA ANN PARKER,**

**Plaintiff,**

**v.**                                                              **Case No:  6:15-cv-2071-Orl-41KRS**

**DUKE ENERGY OF THE CAROLINAS,**

**Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2), construed as a motion to proceed *in forma pauperis*, and the Report and Recommendation ("R&R," Doc. 4), issued by United States Magistrate Judge Karla R. Spaulding.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1.  The Report and Recommendation (Doc. 4) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2.  Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2), construed as a motion to proceed *in forma pauperis*, is **DENIED without prejudice**.

3.  **On or before February 18, 2016**, Plaintiff may file an Amended Complaint, keeping in mind the guidelines set forth in the R&R, and a renewed motion to

proceed *in forma pauperis*. Failure to do so may result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on January 28, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party